UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case 4:19-cr-162-RSB-CLR |
| | ) | |
| VISHWAS KADAM | ) | |

**ORDER**

Counsel for Defendant having requested Leave of Absence, and no objection having been filed by the Assistant United States Attorney, it is hereby ORDERED that Counsel's Leaves of Absence are GRANTED and Counsel is excused from appearance during the dates listed.

This 3rd day of October, 2019.

_____
Hon. Christopher L. Ray